UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan C. Padin,
    Plaintiff

v.   C.A. No. 09-39S

Extra Space Storage, L.P.,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 3, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Plaintiff's Motion to Remand is DENIED.

By Order,

/s/ Wendy Leite
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 3/20/09